# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

DEDRIC DAVIS,

    Plaintiff,

v.

    Case No. 3:23-cv-866-TJC-JBT

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.

## **O R D E R**

Upon review of the Stipulation of Dismissal, Doc. 11, filed on January 12, 2024, this case is **dismissed without prejudice**.* Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 18th day of January, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies:

Counsel of record

---

*The parties do not state whether the dismissal is with prejudice, so it is presumed to be without prejudice.